Corey Bracken

1060 N. Tibbs Ave

Indianapolis, IN, 46222

317.441.2222

**FILED**

DEC 2 6 2012

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF INDIANA

1:12-cv-1883 WTL-DML

Plaintiff

Corey L. Bracken

vs.

Defendant

McDonald's Corporation

Oak Brook, IL

**RECEIVED**

DEC 26 2012

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

Jurisdiction

This falls in the jurisdiction of the U.S. District Court due to the blatant violation of the ADA Statute and the undue stress that this has caused myself and others both publicly and privately.

Complaint-

Please see attached documents and attached video.

Demand- That the above listed defendant post the service animal frequently asked question list (available through the Department of Justice), in a 24"x36" display in sight of all employees and patrons, that they modify their website to display the company's service animal implemented program, to adequately train all employees of all corporate and franchise stores alike to the appropriate protocol required by the ADA Statute, that signage be posted at all locations corporate and franchise alike inviting guests with service animals, and to start a service animal advocacy program through one of their many charities i.e. Ronald McDonald Charity House as to incorporate the fundamentals for the disabled and non-disabled communities to interact, in a form that shows no bias. For the mental anguish and public abashment and refusal of service and goods to the above listed Plaintiff for a total of $5,750,000 in check form, to be issued payable to Corey L. Bracken.  As well as the loss of franchise of the Salem, OR franchisee partner Jill Pollard and the same for North Star Restaurant Group (owned by a Matt Hadwin, and should be returned to the McDonalds Corporation for them to follow the standards that they have in place for this type of incident.

Dated: December 22, 2012

Corey L. Bracken

1060 N. Tibbs Ave.

Indianapolis, IN 46222

317.441.2222